IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV451

| | |
|---|---|
| WILLIAM R. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a telephonic Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held by telephone on **Thursday, November 2, 2006 at 3:00 p.m.**

**IT IS SO ORDERED**.

Signed: October 5, 2006

David C. Keesler
United States Magistrate Judge