IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV239

| | |
|---|---|
| NEWELL OPERATING COMPANY, )<br>d/b/a SHUR-LINE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT AMERICAN MARKETING, INC. )<br>and GREAT AMERICAN )<br>MANUFACTURING, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion for Extension of Time to File Answer or Otherwise Plead in Response to Amended Complaint" (Document No. 5), filed September 29, 2006. The time allowed for Defendants to file an Answer had not expired as of the date of Defendant's Motion and the Motion provides that counsel for Plaintiff does not oppose the extension of time requested. Pursuant to Fed. R. Civ. P. 6(b) and finding good cause, the undersigned will <u>grant</u> Defendant's "Motion for Extension of Time ..." (Document No. 5).

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion for Extension of Time ..." is hereby **GRANTED**. Defendant is allowed up to and including November 6, 2006 to answer or otherwise plead in response to the Amended Complaint.

**SO ORDERED**.

Signed: October 5, 2006

David C. Keesler
United States Magistrate Judge